No. 41199.—Protests 466755–G, etc., of Joseph G. Brenner Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 articles composed in chief value of artificial silk were held dutiable as articles in chief value of compounds of cellulose at 60 percent under paragraph 31; trimmings, allovers, insertings, and galloons in part of net, embroidered, the same as those passed upon in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), and embroidered trimmings, allovers, insertings, and galloons like those the subject of *United States* v. *Smith* (12 id. 384, T. D. 40544) were held dutiable at 75 percent under paragraph 1430.

No. 41200.—Protests 635345–G, etc., of R. H. Stearns Co. (Boston).

Opinion by TILSON, J. It was established that certain items consist of knit outerwear in chief value of wool similar to that the subject of Abstract 36548. The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

No. 41201.—Protests 973774–G, etc., of D. Ashear & Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41202.—Protest 968798–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the forks in question are identical with those the subject of *Borgfeldt* v. *United States* (T. D. 48585). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 41203.—Protest 957919–G of Richard C. Wolfe (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bicycle chains similar to those the subject of Abstract 36228. The claim at 30 percent under paragraph 371 was therefore sustained.